IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| REBECCA LAWLER, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| ) | Civil Action No. |
| v. ) | 1:10-cv-02668-HTW-JFK |
| ) | |
| AEGIS RECEIVABLES ) | |
| MANAGEMENT, INC., ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## NOTICE OF DISMISSAL

COMES NOW, Plaintiff, Rebecca Lawler ("Plaintiff"), individually, and files this Notice of Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). Plaintiff has chosen to voluntarily dismiss this action with prejudice.

Respectfully submitted, this 6th day of January, 2011.

Floyd Legal Firm, LLC

/s/ Keary Floyd
Keary Floyd
Georgia Bar. No. 142398
*Attorney for Plaintiff*

P.O. Box 466138
Lawrenceville, Georgia  30042
770-380-3402
678-823-8200 (Fax)
FloydLegal@yahoo.com

1